# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**Patricia J. White,**

    **Plaintiff,**

    **v.**                       **Case No. 2:19–cv–3982**

**Commissioner of Social Security,**    **Judge Michael H. Watson**

    **Defendant.**               **Magistrate Judge Jolson**

## OPINION AND ORDER

On April 20, 2020, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner of Social Security's ("Commissioner") non-disability finding and remand this case to the Commissioner and the ALJ for further consideration consistent with the R&R.  ECF No. 12.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1).  R&R, ECF No. 12.  The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R.  *Id.*  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**.  The Commissioner's non-disability finding is **REVERSED**, and this case is

**REMANDED** to the Commissioner and the ALJ for further consideration consistent with the R&R.

**IT IS SO ORDERED.**

___*/s/ Michael H. Watson*_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**